Mary Reason
    vs.               } No. 59103
Frederick L. Becker

Isaac Reason
    vs.               } No. 59104
Frederick L. Becker

### March 30, 1928.

BLODGETT, J. Heard upon motion for new trial filed by defendant after a verdict for Mary Reason for $1500 and for Isaac Reason for $500.

The plaintiff Mary Reason on November 4, 1923, was attempting to board an electric car at a white post at the corner of Manton Avenue and Julian Street and was struck by an automobile driven by the defendant.

The evidence abundantly justified

the verdict and the damages are not excessive.

The plaintiff Isaac Reason sued for loss of his wife's services and expenses incurred by reason of the accident and the damages are not excessive.

Motions denied.

For Plaintiffs: William S. Flynn and Edmund W. Flynn.

For Defendant: Cooney & Cooney.